UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERROL BARRINGTON SCARLETT,

    Petitioner,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

    Respondents.

Civil No. 06-4520 (KSH)

**TRANSFER ORDER**
(CLOSED)

THIS MATTER having come before the Court on application of petitioner, Errol Barrington Scarlett, for habeas relief pursuant to 28 U.S.C. § 2241; and the Court having reviewed all written submissions by the petitioner; and for the reasons discussed in the accompanying Opinion;

IT IS on this ___ day of September _____, 2006,

ORDERED that this § 2241 habeas petition, in which Petitioner challenges his indefinite detention pending removal from the United States as unconstitutional, hereby shall be TRANSFERRED to the United States District Court for the Southern District of Alabama; and it is further

ORDERED that the Clerk of the Court shall effectuate the transfer of the petition, and all papers filed by Petitioner in this action, on an expedited basis pursuant to 28 U.S.C. §§ 1406(a) and 1631, shall serve a copy of this Order upon Petitioner, and shall serve a copy of this Order and all other documents filed in

this action on the Respondents and on the United States Attorney for the Southern District of Alabama; and it is further

ORDERED that, upon transfer, the Clerk of this Court shall close this file accordingly, without assessing any fees or costs.

                                      KATHARINE S. HAYDEN
                                      United States District Judge